Nov. 6. 2009 4:25PM     Lanahan & Reilley                          No. 0400   P. 2

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

Craig Yates, an individual
                    Plaintiff(s),

V.

Dorian Family Properties LLC, et al.
                    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 09 3883

Notice is hereby given that, subject to approval by the court, ___Dorian Family Properties, LLC___ substitutes
                                                                        (Party (s) Name)

___Daniel B. Beck___, State Bar No. ___63865___ as counsel of record in
(Name of New Attorney)

place of ___Kadin W. Blonski, SBN 244856___
                    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:       Beck Law, P.C.
    Address:         2681 Cleveland Avenue
    Telephone:       (707) 576-7175            Facsimile  (707) 576-1876
    E-Mail (Optional): danbeck@becklaw.net

I consent to the above substitution.

Date:    11/6/2009
                                                            (Signature of Party (s))

I consent to being substituted.

Date:    11/6/2009                                          Kadin W. Blonski
                                                            (Signature of Former Attorney (s))

I consent to the above substitution.

Date:    11/6/2009
                                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                                 _____
                                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## CERTIFICATE OF SERVICE

CASE NAME: *Yates v. Dorian Family Properties, LLC, et al.*

COURT AND CASE NO.: United States District Court Case No.: C-09 3883

DOCUMENT NAME: CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

I certify that a copy of this document, CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY, was served electronically on November 10, 2009, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

Plaintiff's Attorney:
Thomas E. Frankovich
4328 Redwood Highway, Suite 300
San Rafael, CA 94903
(415) 674-8600
tfrankovich@disabilitieslaw.com

*(signature)*
Jolene Strange, Paralegal

---

*Yates v. Dorian Family Properties, LLC, et al.*
United States District Court Case No.: C-09 3883
CERTIFICATE OF SERVICE

1