THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
THOMAS E. FRANKOVICH (State Bar No. 074414)
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiff
CRAIG YATES, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DORIAN FAMILY PROPERTIES LLC,<br>a.k.a. TAQUERIA REAL,<br><br>　　　　Defendant. | CASE NO. CV-09-3883-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION** |

　　　　Plaintiff CRAIG YATES and defendant DORIAN FAMILY PROPERTIES LLC, a.k.a. TAQUERIA REAL, by and through their respective counsel, respectfully request and stipulate, as follows:

　　　　1.　　WHEREAS, defendant DORIAN FAMILY PROPERTIES LLC, a.k.a. TAQUERIA REAL filed their answer to the complaint on October 30, 2009, and an amended answer to the complaint filed on November 12, 2009;

　　　　2.　　WHEREAS, plaintiff's counsel, Thomas E. Frankovich will be on a paid vacation out of the country commencing November 20, 2009 through December 6, 2009;

　　　　3.　　WHEREAS, the parties due to scheduling conflicts, the parties are unable to conduct the joint site inspection of the premises by December 2, 2009, as Ordered by General Order 56, ¶3,4;

///

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR THE JOINT SITE INSPECTION**　　　　1

4. WHEREAS, the parties are scheduled to conduct the joint site inspection of the subject premises on December 7, 2009; and

5. WHEREAS, the parties, hereto agree, stipulate and respectfully request that the last day for the parties and counsel to conduct the joint inspection of the premises be continued up to and including December 14, 2009.

Respectfully submitted,

Dated: November 19, 2009

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____
THOMAS E. FRANKOVICH
Attorneys for Plaintiff CRAIG YATES, an individual

Date: 11/19, 2009, 2009

DANIEL B. BECK, ESQ.,
BECK LAW, P.C.

By: _____
Attorneys for Defendant DORIAN FAMILY PROPERTIES LLC, a.k.a. TAQUERIA REAL

## ORDER

IT IS SO ORDERED that the last day for the parties and counsel to conduct the joint site inspection of the premises be continued up to and including December 14, 2009.

Dated: _____, 2009   _____
HONORABLE SUSAN ILLSTON
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR THE JOINT SITE INSPECTION     2