1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiff
   CRAIG YATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRAIG YATES, an individual, | ) | **CASE NO. CV-09-3883-SI** |
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND |
| v. | ) ) | [PROPOSED] ORDER THEREON |
| DORIAN FAMILY PROPERTIES LLC, a.k.a. TAQUERIA REAL, | ) ) ) ) | |
| Defendant. | ) ) | |

Honorable Susan Illston

It is hereby stipulated by and between the parties hereto through their respective counsel that the court may continue the Case Management Conference that is currently scheduled for Friday, April 2, 2010, at 2:30 p.m.

The reason for continuing the Case Management Conference is that plaintiff's counsel, Thomas E. Frankovich will be on vacation out of the country commencing March 25, 2010 through April 7, 2010.

Plaintiff filed notice for need of mediation on February 26, 2010. The Alternative Dispute Resolution ("ADR") Case Administrator has appointed Steven J. Saltiel as the Mediator for the above-referenced case.

///

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**   1

Therefore, deferring the Case Management Conference to and including June 4, 2010, will allow the parties sufficient time to try and resolve the above action and/or otherwise continue with the mediation in above-referenced case.

Respectfully Submitted,

Dated: March 18, 2010

THOMAS E. FRANKOVICH, ESQ.,
**A PROFESSIONAL LAW CORPORATION**

By: _____/S/_____
THOMAS E. FRANKOVICH
Attorneys for Plaintiff CRAIG YATES, an individual

Date: March 19, 2010

DANIEL B. BECK, ESQ.,
**BECK LAW, P.C.**

By:_____/S/_____
Attorneys for Defendant DORIAN FAMILY PROPERTIES LLC, a.k.a. TAQUERIA REAL

**ORDER**

**IT IS SO ORDERED** that the Case Management Conference set for April 2, 2010, is continued to _____April 16_____, 2010, at 2:30 p.m. The parties shall file a Joint Case Management Statement no later than seven (7) days prior to the Conference.

Dated: _____03/22_____, 2010   _____
Honorable Susan Illston
United States District Judge

*[Signed: Susan Illston, Judge Susan Illston — seal of United States District Court, Northern District of California]*

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**                                        2